# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159884-9(70)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VITA S. SHANNON,
   Plaintiff-Appellant,

v

ARON L. RALSTON,
   Defendant-Appellee.

SC: 159884-9
COA: 339944, 343213, 343886,
 344356, 344418 & 346344
Oakland CC: 2017-852916-DC

_____/

   On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing her reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 27, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019



Clerk